IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK CLEMMONS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 20-4190 |
| | : | |
| v. | : | |
| | : | |
| RANDY LEHR and ECORE INTERNATIONAL, INC., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 8th day of September, 2020, the defendants having removed this matter from the Court of Common Pleas of Philadelphia County to this court on August 27, 2020, *see* Doc. No. 1; and the parties having submitted a stipulation by which they agree that the court should remand this matter back to the Court of Common Pleas of Philadelphia County, *see* Doc. No. 3;[1] accordingly, it is hereby **ORDERED** as follows:

1. The parties' stipulation (Doc. No. 3) is **APPROVED**;

2. This matter is **REMANDED** to the Court of Common Pleas of Philadelphia County;

3. The initial pretrial conference on September 29, 2020, is **CANCELED**; and

4. The clerk of court shall **MARK** this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] In the stipulation, the parties indicate that the plaintiff "has invoked the 'Forum Defendant Rule' pursuant to 28 U.S.C.§ 1441(b)(2) by properly serving Defendant Lehr as a citizen of Pennsylvania, which invalidates the removal from State Court." Stip. to Remand Case Back to State Court at ¶ 2, Doc. No. 3.